IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-613-FDW-DCK

| | |
|---|---|
| JESI STRACHAM, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ADT PIZZA, LLC, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Michael D. Jefferson, concerning C. Beatrice Nunez-Bellamy, on February 23, 2023. C. Beatrice Nunez-Bellamy seeks to appear as counsel *pro hac vice* for Defendants ADT Pizza, LLC and ADT Carolina, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. C. Beatrice Nunez-Bellamy is hereby admitted *pro hac vice* to represent Defendants ADT Pizza, LLC and ADT Carolina, LLC.

**SO ORDERED**.

Signed: February 23, 2023

David C. Keesler
United States Magistrate Judge